UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN SANTIAGO, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Civil Action No. 13-cv-12172-IT |
| | * |
| THOMAS LAFFERTY and CITY OF LOWELL, | * |
| | * |
| Defendants. | * |

ORDER

July 21, 2014

TALWANI, D.J.

Having reviewed Defendant City of Lowell's supplemental discovery responses, this court hereby orders that Plaintiff's Motion to Compel Production of Documents from Defendant City of Lowell [#45] is ALLOWED IN PART and DENIED IN PART. It is ALLOWED as set forth in this court's June 16, 2014 Order [#55]. It is DENIED insofar as Plaintiff seeks to have Defendant City of Lowell's objections waived.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge