UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JONATHAN SANTIAGO, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 13-cv-12172-IT |
| | * | |
| THOMAS LAFFERTY and CITY OF LOWELL, | * | |
| | * | |
| Defendants. | * | |

*************************************

| | | |
|---|---|---|
| NEL SOTHY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. 13-cv-12302-IT |
| v. | * | |
| | * | |
| THOMAS LAFFERTY and CITY OF LOWELL, | * | |
| | * | |
| Defendants. | * | |

*************************************

| | | |
|---|---|---|
| TITUS KURIA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 13-cv-12303-IT |
| | * | |
| THOMAS LAFFERTY and CITY OF LOWELL, | * | |
| | * | |
| Defendants. | * | |

## ORDER

October 24, 2014

TALWANI, D.J.

  Defendants have moved to stay discovery in this action for ninety days. In support of their motion, Defendants argue that some of their employees' Fifth Amendment rights might be

implicated by a current criminal investigation into the allegations underlying this case. As Defendants concede, however, no one *has* asserted a Fifth Amendment right nor even stated an intention to assert a Fifth Amendment right.

Defendants' Joint Motion to Stay Discovery by 90 Days [#76] is therefore DENIED. If anyone related to the criminal investigation at issue asserts a Fifth Amendment right such that discovery in this case is hampered, the Parties may raise the issue with this court at that time.

IT IS SO ORDERED.

Date: October 24, 2014

/s/ Indira Talwani
United States District Judge